IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN ANGELO TROTTA, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 14-7128 |

## ORDER

AND NOW, this 9th day of February, 2016, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby

**ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can (a) include limitations from Plaintiff's non-severe cognitive disorder, personality disorder and post-concussive headaches, when evaluating Plaintiff's RFC and at all steps of the SEP; (b) reconsider whether Plaintiff medically equals Listed Impairment 12.02; (c) re-consider Dr. Lewis' opinion that Plaintiff suffered from marked limitation in responding appropriately to work pressures; and (d) pose a hypothetical question to the VE that includes all of Plaintiff's properly supported limitations.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.